UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-06845-SVW-AFM | Date | January 5, 2023 |
|---|---|---|---|
| Title | Leemanuel Weilch v. 8700 Santa Fe Properties, LLC et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On December 28, 2022, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution.

In response, the plaintiff filed a Proof of Service, on January 4, 2023, which indicated that Defendant 8700 Santa Fe Properties, LLC was served on November 24, 2022, and whose answer was due on December 15, 2022.

To date, no answer has been filed. Plaintiff has failed to file any Stipulation for an extension of time for defendant to respond to the Complaint, nor has plaintiff requested entry of default.

The file in this case lacks the papers that would show that the case is being timely prosecuted. The Court orders the case dismissed.

:

Initials of Preparer   PMC